Amy L. Thompson, Esq.
Nevada Bar No. 11907
Cayla J. Witty, Esq.
Nevada Bar No. 12897
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
athompson@littler.com
cwitty@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EMANI PALMIERI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case No. 2:26-cv-02816-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING [FIRST REQUEST]** |

Plaintiff EMANI PALMIERI and Defendant AMAZON.COM SERVICES LLC, through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of October 6, 2026, up to and including **November 5, 2026.**

The Parties agree the requested extension is reasonable and necessary because counsel for Defendant has just recently been retained and requires additional time to investigate the allegations and file a proper response.

/ / /

/ / /

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: September 23, 2026

SAGE LEGAL LLC

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.

Mark J. Bourassa, Esq.
THE BOURASSA LAW GROUP

Attorneys for Plaintiff
EMANI PALMIERI

LITTLER MENDELSON, P.C.

*/s/ Amy L. Thompson, Esq.*
Amy L. Thompson, Esq.
Cayla J. Witty, Esq.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: September 24, 2026

UNITED STATES MAGISTRATE JUDGE



LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800