Usdc Amy L. Thompson, Esq.
Nevada Bar No. 11907
Cayla J. Witty, Esq.
Nevada Bar No. 12897
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
athompson@littler.com
cwitty@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EMANI PALMIERI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case No. 2:26-cv-02816-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Plaintiff EMANI PALMIERI and Defendant AMAZON.COM SERVICES LLC, through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the operative Complaint from the current deadline of November 5, 2026, up to and including **January 12, 2027.**

The Parties agree that good cause exists for the requested extension. Plaintiff has advised that she may file an amended complaint after consultation and review with counsel, which will supersede the currently operative Complaint. Requiring Defendant to prepare and file a response to a pleading that will shortly be superseded would unnecessarily expend the resources of the parties and the Court and may require duplicative briefing. Defendant will respond to any amended complaint within fourteen (14) days of Plaintiff's filing. If Plaintiff does not file an amended complaint by December 29, 2026, Defendants' responsive pleading will be due on

January 12, 2027.

The requested extension therefore promotes judicial economy and is consistent with the just, speedy, and inexpensive determination of this action under Federal Rule of Civil Procedure 1. This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 29, 2026

SAGE LEGAL LLC

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.

Mark J. Bourassa, Esq.
THE BOURASSA LAW GROUP

Attorneys for Plaintiff
EMANI PALMIERI

Dated: October 29, 2026

LITTLER MENDELSON, P.C.

*/s/ Cayla J. Witty*
Amy L. Thompson, Esq.
Cayla J. Witty, Esq.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: October 30, 2026

UNITED STATES MAGISTRATE JUDGE